UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

JAMES W. RHODA, JR.,                                   Civil Action No. 7:22-CV-08135-NSR

                Plaintiff,

      -against-

CENTRAL HUDSON GAS & ELECTRIC CORP.,
SHARON McGINNIS, JILL SAMMON,              **STIPULATION AND**
ERICA TYLER, TERA STONER,                         **ORDER EXTENDING TIME TO**
JOHN AND JANE DOES 1-10,                          **RESPOND TO COMPLAINT**
PAUL HAERING, DAVID DITTMANN,

                Defendants.

-------------------------------------------------------------x

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned *pro se* Plaintiff and attorneys for the Defendants that the time within which Defendants Central Hudson Gas & Electric Corp., Sharon McGinnis, Jill Sammon, Erica Tyler, Tera Stoner, John and Jane Does 1-10, Paul Haering, and David Dittmann may move, answer, or otherwise respond to the First Amended Complaint is hereby extended up to and including January 20, 2023.

      No provision of this Stipulation and Order shall be construed as a waiver of, and Defendants expressly reserve, any and all defenses.

      There has been no previous request for extension of time in connection with this matter.

4871-2511-2391

Dated: December 30, 2022

By: /s/ James W. Rhoda, Jr

    James W. Rhoda, Jr.
    *Pro Se Plaintiff*

503 Rossway Road
Pleasant Valley, NY 12569

Dated: December 30, 2022

THOMPSON HINE LLP

By: /s/ *Joseph B. Koczko*

    Joseph B. Koczko
    Riccardo M. DeBari

335 Madison Avenue, 12th Floor
New York, New York 10017
Telephone: (212) 344-5680
Facsimile: (212) 344-6101

*Attorneys for Defendants*

Central Hudson Gas & Electric Corp.,
Sharon McGinnis, Jill Sammon, Erica Tyler,
Tera Stoner, John and Jane Does 1-10,
Paul Hearing, and David Dittmann


SO ORDERED:

Hon. Nelson S. Roman